DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**URGO HOTELS LP,** a Maryland limited partnership, by and through its general partners, **URGO LODGING MANAGEMENT, LLC, DONALD J. URGO, DONALD J. URGO, JR., KEVIN M. URGO, COLLIN D. URGO** and **UH-SI, LLC,** a Florida limited liability company,
Appellants,

v.

**THE RESORT AT SINGER ISLAND, HOTEL CONDOMINIUM ASSOCIATION, INC.,** a Florida corporation,
Appellee.

No. 4D18-1330

[April 3, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 50-2015-CA-014327-XXXX-MB.

Jack J. Aiello, Heather C. Costanzo, Devin S. Radkay, and Gregor J. Schwinghammer of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for appellants.

Alan B. Rose and Daniel A. Thomas of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, and Daniel S. Rosenbaum of Rosenbaum PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Garden Suburbs Golf & Country Club, Inc. v. Pruitt*, 24 So. 2d 898 (Fla. 1946).

WARNER, GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***